UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 14 AM 11:25
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Juan SEGUEDA-Mendoza,** Defendant | Magistrate Docket No. '08 MJ 2517 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 12, 2008** within the Southern District of California, defendant, **Juan SEGUEDA-Mendoza,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **AUGUST, 2008**

Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

DOA 8/12/08

Gvr

**CONTINUATION OF COMPLAINT:**
**Juan SEGUEDA-Mendoza**

## PROBABLE CAUSE STATEMENT

On August 12, 2008, at approximately 8:20 PM, Agent J. Licon Jr. was notified by the Border Patrol Agent E. Gomez, of four individuals running north in an area commonly known as "the Eucalyptus Grove." This area is located approximately three miles east of the Otay Mesa, California Port of Entry and approximately one mile north of the United States/Mexico International Boundary.

Upon arriving to the area, Agent Licon, with the assistance of Border Patrol Agent J. Hunter, located four individuals hiding in some tall grass. Agent Licon approached the four individuals, including one later identified as the defendant, **Juan SEGUEDA-Mendoza**, and identified himself as a Border Patrol Agent. He then conducted an immigration inspection. All four individuals admitted to being citizens and nationals of Mexico without anyimmigration documents that would allow them to enter or remain in the United States legally. Agent Licon arrested all four individuals, including **SEGUEDA**, and they were transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 6, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was given his Miranda rights and he stated that he understood said rights and was willing to answer questions without the presence of his attorney. The defendant stated that he is a citizen and national of Mexico without proper immigration documentation to enter or remain in the United States.